

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| Boerne to Bergheim Coalition for Clean Environment, | § | No. 08-20-00035-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 459th District Court |
| v. | | |
| | § | of Travis County, Texas |
| Texas Commission on Environmental Quality and Vulcan Construction Materials, LLC, | § | (TC# D-1-GN-18-003134) |
| | § | |
| Appellees. | | |
| | § | |

**C O R R E C T E D**
**O R D E R**

The Court on its own motion, VACATES the **January 13, 2021** submission and oral argument setting. The above styled and numbered cause will be rescheduled at a later date.

IT IS SO ORDERED this 6th day of January, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox, J., and Ferguson, Judge
(Ferguson, Judge, sitting by assignment)